<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRO CUSTOM SOLAR, LLC *doing business as* MOMENTUM SOLAR,<br><br>Plaintiff,<br><br>v.<br><br>DONALD CASTILLO, *et al.*,<br><br>Defendants. | No. 19-12469 (SDW) (LDW)<br><br>**ORDER**<br><br>March 23, 2021 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda D. Wettre's ("Judge Wettre") Report and Recommendation ("R&R"), dated March 8, 2021, which recommends that Plaintiff Pro Custom Solar LLC's (d/b/a/ Momentum Solar) ("Plaintiff") Motion for Sanctions against *pro se* Defendants Sebastian Caicedo and Christian Fernandez ("*pro se* Defendants") be granted for failure to respond to discovery, appear for depositions, or otherwise participate in this litigation. Specifically, Judge Wettre recommends sanctions in the form of striking the *pro se* Defendants' Answers and entering default against them. (D.E. 82.) No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (D.E. 82) is **ADOPTED** as the conclusions of law of this Court and Plaintiff's Motion for Sanctions (D.E. 74) shall be **GRANTED;** and it is further

**ORDERED** that the Answers of Sebastian Caicedo and Christian Fernandez are stricken (D.E. 20); and it is further

**ORDERED** that the Clerk of the Court enter default against Sebastian Caicedo and Christian Fernandez; and it is further

**ORDERED** that a copy of this Order be mailed to Sebastian Caicedo at 2259 Mallard Creek Circle, Kissimmee Florida 34758, and Christian Fernandez at 1609 Americana Blvd, Apt. 18I, Orlando, Florida 32839.

**SO ORDERED**.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Leda D. Wettre, U.S.M.J.
　　 Parties